FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE GONZALEZ BERMUDEZ,<br><br>Defendant. | NO: 2:20-CR-132-RMP-1<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT PURSUANT TO RULE 48(a) |

BEFORE THE COURT is the Government's Motion to Dismiss the Indictment without Prejudice Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, ECF No. 9. Having reviewed the motion and the record, the Court is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Dismiss Indictment without Prejudice, **ECF No. 9**, is **GRANTED**.

2. The Indictment, **ECF No. 5**, is hereby **dismissed without prejudice**.

3. The arrest warrants issued on September 16, 2020, and October 21, 2020, are **QUASHED**, and this case is **closed**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, and close this case.

**DATED** this September 22, 2023.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT PURSUANT TO RULE 48(a) ~ 2